MILLVILLE ELECTRIC LIGHT COMPANY, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, RESPONDENT.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 412.

For the appellant, *Lewis Starr.*

For the respondent, *Thomas Brown.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, VAN BUSKIRK, KAYS, HETFIELD, JJ.   7.

*For reversal*—KATZENBACH, LLOYD, WHITE, GARDNER, MC-GLENNON, JJ.   5.